UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW J. RYAN,

        Plaintiff,

        v.

BUCKLEYSANDLER, LLP, *et al.*,

        Defendant.

Civil Action No. 13-cv-1816

Judge Beryl A. Howell

## ORDER

Upon consideration of the defendants' Motion to Dismiss and Compel Arbitration, ECF No. 3, the related legal memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion to Dismiss and Compel Arbitration is GRANTED.  It is further

**ORDERED** that the Clerk of the Court is directed to close the case.

**SO ORDERED**

Date:  September 25, 2014

*This is a final and appealable Order.*

_____
BERYL A. HOWELL
United States District Judge

1